Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6427 | **DATE** | 3/17/2008 |
| **CASE TITLE** | GBOLAHAN R.A. EYIOWUAWI vs. MICHAEL MCLEAN, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff Eyiowuawi's motion [4] for appointment of counsel is denied without prejudice.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | WH |
|---|---|---|---|

07C6427 GBOLAHAN R.A. EYIOWUAWI vs. MICHAEL MCLEAN, ET AL