# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6427 | **DATE** | 4/11/2008 |
| **CASE TITLE** | EYIOWUAWI vs. MICHAEL MCLEAN, *et al.* | | |

**DOCKET ENTRY TEXT**

Plaintiff's complaint alleges he was discharged by defendant Cook County Hospital in retaliation for filing a discrimination suit, and that the Illinois Department of Employment Security's board of review wrongfully denied him an employment security benefit. Construed liberally, the complaint does not invoke any basis for federal jurisdiction. The case is dismissed without prejudice. Plaintiff's application for leave to proceed in forma pauperis [3] is also denied without prejudice.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|