AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

GBOLAHAN R. EYIOWUAWI

v.

MICHAEL MCLEAN, BOARD OF
REVIEW OF ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY, COOK
COUNTY HOSPITAL

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6427

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed without prejudice.

Michael W. Dobbins, Clerk of Court

Date: 4/11/2008

/s/ Willia Harmon, Deputy Clerk