

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GBOLAHAN R. A. EYIOWUAWI<br>    Plaintiff, | }<br>}<br>} |
| | }    No. 07 C 6427 |
| | }    Judge Suzanne B. Conlon |
| MICHAEL McLEAN | } |
| BOARD OF REVIEW OF ILLINOIS | } |
| DEPT. OF EMPLOYMENT SECURITY | } |
| COOK COUNTY HOSPITAL | } |
|     Defendant | } |

FILED
J.N
APR 21 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR AN APPEAL OF EXECUTIVE COMMITTEE FOR REASSIGNMENT AND AMENDMENT COMPLAINT

NOW COMES THE plaintiff Gbolahan R. A. Eyiowuawi a Non-Attorney and Complaining of the Defendants Department of Employment Security, the plaintiff says as follows:

(1) **The above captioned case IS TIMELY APPEAL,** further more it was wrongly reassigned to Judge Suzanne B. Conlon and wrongly filed for discrimination against the above defendants.

(2) This case was involved with different parties and subject matter case number **07 C 3884,** which has been dismissed by Judge Conlon, was base on discrimination case, which was previously filed.

(3) **This case number 07 C 6427 should have been file UNDER CIVIL RIGHS "444 WELFARE" WHERE PLAINTIFF WAS DENIED WELFARE BENEFIT.**

(4) The plaintiff hereby moves the above caption case for reassigned to another courtroom.

(5)　　The Plaintiff did not have any employment discrimination against the Defendants; basically this is about social issues against the defendants.

(6)　　I had never worked for the defendants.

(7)　　I the plaintiff would like to appeal to this courtroom to reconsider this appeal **BECAUSE THIS CASE WAS DIFFERENT IN ENTIRETY, IT IS AGAINST MICHAEL McLEAN BOARD OF REVIEW, DEPARTMENT OF EMPLOYMENT SECURITY, IT IS A CASE OF WELFARE, I HEREBY REQUEST THIS COURT TO TRANSFER this case to the appropriate courtroom for Justice.**

WHEREFORE, Plaintiff Gbolahan R. A. Eyiowuawi respectfully requests that this Court Grant this case for Reassignment and Amendment Complaint.

Respectfully Submitted,

**Gbolahan R. A. Eyiowuawi**

Gbolahan R. A. Eyiowuawi
Non-Attorney
5110 North Kenmore Ave,
Apt. 3 South
Chicago, Chicago 60640
773-531-1666