

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GBOLAHAN R. A. EYIOWUAWI }
   Plaintiff, }
 }
 } No. 07 C 6427
 } Judge Suzanne B. Conlon
MICHAEL McLEAN }
BOARD OF REVIEW OF ILLINOIS }
DEPT. OF EMPLOYMENT SECURITY }
COOK COUNTY HOSPITAL }
   Defendant }

**FILED**
J N APR 2 1 2008
Apr 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

**TO:**
Michael McLean
Board of Review Illinois Department of Employment Security
33 South State Street,
Suite 992
Chicago, Illinois 60603

Cook County Hospital
C/O MCHC/UCAP
222 South Riverside Plaza
Chicago, Illinois 60606

   On April **24**, 2008, at **9:00** a.m./p. m. as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Suzanne B. Conlon or any Judge sitting in the Judge's stead, United States District Court for the Northern District of Illinois the attached APPEAL OF MICHAEL McLEAN- BOARD OF REVIEW OF IL. DEPT. OF EMPLOYMENT SECURITY, COOK COUNTY HOSPTAL, FOR REASSIGNMENT OF THE ABOVE CAPTION CASE.

                                       GBOLAHAN R. A. EYIOWUAWI
                                       Non-Attorney

Gbolahan R. A. Eyiowuawi
Non-Attorney
5110 North Kenmore Ave,
Apt. 3 South
Chicago, Chicago 60640
773-531-1666

## PROOF OF SERVICE BY MAIL

     The undersigned, non-attorney, certifies that the caused the foregoing Notice of Filing, and Appeal of McLean Board of Review Dept. of Employment Security, to be served on the parties listed above at address noticed above, by placing a true and correct copy of same in an envelope so addressed, affixing proper postage, and depositing the envelope in the U. S. Mail at 233 South Wacker Drive, Chicago, Illinois on this Monday, April 21, 2008 before the hour of 5:00 p.m.

                                                              Gbolahan R. A. Eyiowuawi

Subscribed and sworn to before me

this 21 day of APRIL 20 08
at Chicago, County of Cook, State of Illinois.

Notary Public _Janice M. Brandon_

"OFFICIAL SEAL"
JANICE M. BRANDON
Notary Public, State of Illinois
My Commission Expires May 16, 2011