# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6427 | **DATE** | 4/24/08 |
| **CASE TITLE** | GBOLAHAN R.A. EYIOWUAWI vs. MICHAEL MCLEAN, ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion [9] for "an appeal of executive committee for reassignment and amendment complaint" is denied.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|